UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NANCY CLARK § | |
| § | |
| v. § | CIVIL CASE NO. 4:21-CV-966-SDJ |
| § | |
| OUTBACK STEAKHOUSE OF § | |
| FLORIDA LLC, ET AL. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2022, the Report of the Magistrate Judge, (Dkt. #26), was entered containing proposed findings of fact and recommendations that Defendants Outback Steakhouse of Florida LLC d/b/a Outback Steakhouse and Bloomin Brands Inc.'s Rule 12(b)(6) Motion to Dismiss Negligence Claim, (Dkt. #13), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants Outback Steakhouse of Florida LLC d/b/a Outback Steakhouse and Bloomin Brands Inc.'s Rule 12(b)(6) Motion to Dismiss Negligence Claim, (Dkt. #13), is **GRANTED**. Plaintiff Nancy Clark's claim for negligence is **DISMISSED**.

**So ORDERED and SIGNED this 10th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE